# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
# MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | MISC. ACTION NO. |
|     v. ) | 2:17mc3801-MHT |
| ) | (WO) |
| BRETT ROSENBAUM, ) | |
| ) | |
|     Defendant. ) | |

## ORDER

It is ORDERED that the government's motion to dismiss (doc. no. 2) is granted, and this case is dismissed.

DONE, this the 3rd day of October, 2017.

                                    /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**